UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIA CAMILLE MCCOY,<br><br>                Plaintiff,<br><br>   v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>                Defendant. | Case No. 2:16-cv-01928-RFB-VCF<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation [ECF No. 8] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered September 13, 2016.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 30, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No.8] is
2    ACCEPTED and ADOPTED in full.

3    **IT IS ORDERED** that McCoy's application to proceed in forma pauperis (ECF No. 7) is
4    GRANTED.

5    **IT IS FURTHER ORDERED** that the Clerk of the Court filed the complaint. (ECF No.
6    1).

7    **IT IS FURTHER ORDERED** that McCoy is permitted to maintain the action to its
8    conclusion without the necessity of prepayment of any additional fees, costs, or security. This
9    order granting in forma pauperis status does not extend to the issuance of subpoenas at government
10   expense.

11   **IT IS FURTHER ORDERED** that McCoy's complaint (ECF No. 1) be DISMISSED with
12   leave to amend.

13   **IT IS FURTHER ORDERED** that plaintiff has 30 days from the date of this order is enter
14   to  Amended Complaint to avoid dismissal with prejudice.

15   **IT IS FURTHER ORDERED** the Clerk of the Court is directed NOT to issue summons
16   on the Amended Complaint. The court will issue a screening order on the Amended Complaint
17   and address the issuance of Summons at that time, if applicable. See 28 U.S.C. § 1915(e)(2).

18   The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

20   DATED: January 22, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**