# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIA CAMILLE MCCOY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAPITAL ONE FINANCIAL CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:16-cv-01928-RFB-VCF <br><br> ORDER |

On November 16, 2016, the Court ordered that, "[i]n the event that Plaintiff is found by the Court to have stated a claim or Defendant files an answer to the complaint, within 14 days thereof the parties shall file a stipulation with five dates on which the parties propose setting the early neutral evaluation." Docket No. 19. Defendant filed an answer on March 13, 2017, Docket No. 27, but no such stipulation has been filed. The parties are hereby **ORDERED** to file, by April 4, 2017, a stipulation with five dates on which the parties are available for an early neutral evaluation.

IT IS SO ORDERED.

DATED: March 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge