# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIA CAMILLE MCCOY,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>                    Defendant(s). | Case No. 2:16-cv-01928-RFB-VCF<br><br>**ORDER** |

The parties were required to submit early neutral evaluation statements by 3:00 p.m. on June 30, 2017. Docket No. 30 at 3. Plaintiff has not done so. Accordingly, Plaintiff is hereby **ORDERED** to submit an early neutral evaluation statement by noon on July 5, 2017 directly to the undersigned's box in the Clerk's Office. Failure to do so may result in the cancellation of the early neutral evaluation session and/or the imposition of sanctions.

The Clerk's Office is **INSTRUCTED** to mail a copy of this order to Plaintiff, and to also email her a copy at TMcCoy179@aol.com.

IT IS SO ORDERED.

Dated: July 3, 2017

                                                    _____<br>
                                                    Nancy J. Koppe<br>
                                                    United States Magistrate Judge