ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIA CAMILLE MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant. | Case No.: 2:16-cv-01928-RFB-VCF<br><br>**DEFENDANT'S STATUS REPORT REGARDING DISMISSAL** |

Defendant Capital One Services II, LLC, by and through undersigned counsel, hereby provides this Status Report Regarding Settlement in the instant matter.

Pursuant to the Court's Minute Order (ECF No. 34), the parties were to file a Stipulation of Dismissal and Proposed Order ("Stipulation") by Thursday, August 3, 2017. The parties have completed the requisite settlement documentation and are completing the remainder of the settlement process. Accordingly, the parties anticipate filing a Stipulation by August 30, 2017.

Plaintiff, in *pro se*, is currently traveling. The status report was submitted to Plaintiff for review, and she approved of Defendant filing the status report with the Court.

. . .

This Status Report notifying the Court of the anticipated date of filing the Stipulation is filed in good faith and not for purposes of delay.

DATED this 2nd day of August, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Erica J. Chee
Anthony L. Martin
Nevada Bar No. 8177
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant,*
*Capital One Services II, LLC*

The deadline to file dismissal papers is EXTENDED to August 17, 2017. Any further request for extension must be filed as a motion or stipulation.
IT IS SO ORDERED.
Dated: August 3, 2017

_____
United States Magistrate Judge

2