ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIA CAMILLE MCCOY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE FINANCIAL CORPORATION, <br><br> Defendant. | Case No.: 2:16-cv-01928-RFB-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant Capital One Services II, LLC ("Defendant"), by and through undersigned counsel, and Plaintiff Tia Camille McCoy ("Plaintiff"), in pro se, that all claims Plaintiff had or may have had against Defendant that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

DATED this 16th day of August, 2017.   DATED this 16th day of August, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Tia McCoy   /s/ Erica J. Chee
Tia Camille McCoy   Anthony L. Martin
721 Peachy Canyon Circle, Unit 201   Nevada Bar No. 8177
Las Vegas, NV 89144   Erica J. Chee
   Nevada Bar No. 12238
*Plaintiff in pro se*   Suite 1500
   3800 Howard Hughes Parkway
   Las Vegas, NV 89169
   *Attorneys for Defendant,*
   *Capital One Services II, LLC*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of August, 2017.

2